UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST LABORERS-EMPLOYERS HEALTH & SECURITY TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ATS TRAFFIC CONTROL LLC, <br><br> Defendant. | CASE NO. C23-0675JLR <br><br> ORDER |

On August 18, 2023, the court ordered Plaintiffs to show cause why this case should not be dismissed in light of their failure to serve Defendant with a summons and copy of the complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m).  (8/18/23 Order (Dkt. # 4).)  The court warned Plaintiffs that it would dismiss this action without prejudice if they did not, by August 28, 2023, demonstrate good cause for their failure to comply with Rule 4(m).  (*Id.*)

//

ORDER - 1

1 | The August 28, 2023 deadline has now passed, and Plaintiffs have neither responded to the court's show cause order nor demonstrated good cause for their failure to comply with Rule 4(m).  (*See generally* Dkt.)  Accordingly, the court DISMISSES this action without prejudice.

Dated this 30th day of August, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge